# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:04CV286-H

| | |
|---|---|
| **CHARLES A. EAVES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MAY DEPARTMENT STORE, et. a.,** )<br>)<br>**Defendants.** )<br>)<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's "Notice of Voluntary Dismissal" (document #31) filed October 11, 2005, which the Court is treating as a Motion for Voluntary Dismissal. In his Motion, which was filed through his counsel, the Plaintiff indicates that he wishes to "dismiss[] this action with prejudice." Document #31 at 1.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Plaintiff's "Notice [and Motion] of Voluntary Dismissal" (document #31) is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE.**

2. The Clerk is directed to send copies of this Order to the to counsel for the parties.

**SO ORDERED, ADJUDGED AND DECREED.**

Signed: February 13, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge